Monday, January 26, 2015

No. 15–0286/AR. U.S. v. Rasheen K. McCullers. CCA 20120931. Appellant's second motion to extend time to file the supplement to the petition for grant of review is granted to February 17, 2015, and no further extension of time will be granted in this case in the absence of good cause shown.

No. 15–0328/MC. U.S. v. Nicholas A. Howard. CCA 201300346. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 12, 2015.